IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAIT PARTNERSHIP, L.P. | : | CIVIL ACTION |
| v. | : | |
| RICHARD J. NATHAN | : | NO. 10-CV-7146 |

O R D E R

AND NOW, this 14th day of February, 2012, IT IS HEREBY ORDERED that the defendant's motion for relief pursuant to F.R.C.P. 59(e), 60(b)(4) and 60(b)(6) and for remand (Doc.# 25) is DENIED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.